No. 331.   MORRIS PLAN INDUSTRIAL BANK OF NEW YORK v. GRAVES ET AL., CONSTITUTING THE STATE TAX COMMISSION OF THE STATE OF NEW YORK.   October 13, 1941.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a final judgment of the highest court of the State on the constitutional question presented. The CHIEF JUSTICE took no part in this decision.   *Mr. R.*

*Randolph Hicks* for appellant. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Wendell P. Brown,* Assistant Attorney General, for appellees. ■